UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.05-CV-70304-DT

UNITED STATES OF AMERICA,
    Plaintiff(s),
-V-
GREGORY ERVIN,
    Defendant(s).
_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on the 8th
day of July, 2005.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant within 120 days after the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record. The record reflects no indication of service or response to the Order to Show Cause; therefore

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED without prejudice.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

DATED: July 8, 2005
TO:
Pamela Ritter